# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Chronister et al,<br><br>    Plaintiffs,<br><br>v.<br><br>Global Credit & Collection Corporation,<br><br>    Defendant. | Case No. 4:09-cv-00786<br><br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Please take notice that this cause has been settled by agreement of all parties. Plaintiffs anticipate that all settlement documents will be executed within 30 days, at which time Plaintiffs will dismiss this action with prejudice.

            RESPECTFULLY SUBMITTED,

            By: /s/ Timothy J. Sostrin
                Timothy J. Sostrin, Reg. # 1592956
                LEGAL HELPERS, P.C.
                233 S. Wacker
                Sears Tower, Suite 5150
                Chicago, IL 60606
                Telephone:  312-753-7576
                Fax: 312-822-1064
                Email:  tjs@legalhelpers.com
                Attorneys for Plaintiffs

1

2

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on August 13, 2009, a copy of the foregoing Notice of Settlement was filed electronically.  The following party was served through U.S. mail:

Global Credit and Collection Corporation
c/o Ronald S. Canter
The Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

                                                  <u>/s/ Timothy J. Sostrin</u>