# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Chronister, et al, <br><br>      Plaintiffs, <br><br> v. <br><br> Global Credit & Collection Corporation, <br><br>      Defendant. | Case No. 4:09-cv-00786 <br><br><br> **NOTICE OF DISMISSAL** <br> **WITH PREJUDICE** |

Now come Plaintiffs, by and through counsel, to hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i).  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

By: /s/ Timothy J. Sostrin
    Timothy J. Sostrin, Reg. # 1592956
    LEGAL HELPERS, P.C.
    233 S. Wacker
    Sears Tower, Suite 5150
    Chicago, IL 60606
    Telephone:  312-753-7576
    Fax: 312-822-1064
    Email:  tjs@legalhelpers.com
    Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 7, 2009, a copy of the foregoing Notice was filed

electronically and served upon the following through U.S. Mail:

Global Credit & Collection Corporation
c/o Ronald S. Canter
The Law Offices of Ronald S. Canter, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852


<u>/s/ Timothy J. Sostrin</u>